**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LARRY REYES,                              No. C-06-1330 MMC

12              Plaintiff,                      **ORDER CONTINUING CASE**
                                               **MANAGEMENT CONFERENCE**
13        v.

14   ELI LILLY AND COMPANY,

15              Defendant

16   _____/

17

18        Before the Court is plaintiff's Case Management Conference Statement, filed May

19   16, 2006, by which plaintiff seeks to continue the May 26, 2006 case management

20   conference in the instant action by approximately 120 days.  Plaintiff states a continuance

21   is necessary because he anticipates the instant action will be transferred for inclusion in

22   MDL No. 1596, In re Zyprexa Products Liability Litigation, and because he has not yet

23   served defendant.  Because the instant action was filed February 23, 2006, the 120-day

24   deadline for plaintiff to serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil

25   Procedure, has not yet elapsed.

26   //

27   //

28   //

Accordingly, for good cause shown, the May 26, 2006 case management conference is hereby continued to September 29, 2006 at 10:30 a.m.  A joint case management statement shall be filed no later than September 22, 2006.  The deadline to serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains in effect.

**IT IS SO ORDERED.**

Dated: May 18, 2006

_____
MAXINE M. CHESNEY
United States District Judge

2